**James Lester ROUDABUSH, Jr., Plaintiff–Appellant,**

v.

**MILANO, Captain; Lt. M. Josiah; Sgt. F. Mensah; Lt. Rea; Anderson; D/S H. Monir; D. Hall; Jane Doe, Nurse; Charlie, Paramedic at ADC, Defendants–Appellees,**

and

**Fox; C.M. Hilton, Defendants.**

No. 15–7074.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 24, 2015.

Decided: Dec. 30, 2015.

James Lester Roudabush, Jr., Appellant Pro Se. Alexander Francuzenko, Cook Craig & Francuzenko, PLLC, Fairfax, Virginia; Ruth Griggs, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant Roudabush's motion to file an addendum to his informal opening brief, we affirm for the reasons stated by the district court. *Roudabush v. Milano*, No. 2:13–cv–00581–RBS–TEM (E.D.Va. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*